IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ANDRE KEITH JOHNSON, | : | Case No. 1:25-cv-440 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| MT. HEALTHY POLICE, | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint for failure to state a claim. Additionally, the Court **CERTIFIES** that an appeal of this Order would not be taken in good faith and denies Plaintiff leave to appeal *in forma pauperis*. This case is hereby **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND